Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_Middle_ District of _Florida_

_Jacksonville_ Division

|  |  |
|---|---|
| _LARKIN L. DERKS_<br>**Plaintiff(s)**<br>*(Write the full name of each plaintiff who is filing this complaint.<br>If the names of all the plaintiffs cannot fit in the space above,<br>please write "see attached" in the space and attach an additional<br>page with the full list of names.)*<br>-v-<br>_CENTURION MEDICAL, LLC, ET AL,_<br>_DR. ALEXIS FIGUEROA_<br>_DR. BASSA, DR. CRUZ-MEDICAL DIRECTOR_<br>**Defendant(s)**<br>*(Write the full name of each defendant who is being sued. If the<br>names of all the defendants cannot fit in the space above, please<br>write "see attached" in the space and attach an additional page<br>with the full list of names. Do not include addresses here.)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. _3:20-cv-289-J-32PDB_
*(to be filled in by the Clerk's Office)*

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

2020 JUL 23  PM 12: 00

FILED

## _AMENDED_ COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)
_WITH DEMAND for JURY TRIAL_

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name _LARKIN L DERKS_

All other names by which you have been known: _____

ID Number _DC# 849475_

Current Institution _SUWANNEE CORRECTIONAL INSTITUTE ANNEX_

Address _5964 US Hwy 90 LIVE OAK, FL. 32060_

                  City         State      Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name _CENTURION MEDICAL, LLC._

Job or Title (if known) _MEDICAL CONTRACTOR TO STATE OF FLORIDA_

Shield Number _____

Employer _DEPT, OF CORRECTIONS_

Address _5964 US, Hwy 90_
_LIVE OAK,        FL.        32060_
       City        State     Zip Code

☒ Individual capacity   ☒ Official capacity

Defendant No. 2

Name _DR. ALEXIS FIGUEROA_

Job or Title (if known) _Physician M.D._

Shield Number _____

Employer _CENTURION MEDICAL, LLC._

Address _SUWANNEE C.I. ANNEX_
_5964 US,Hwy90, Live oak, FL. 32060_
       City       State     Zip Code

☒ Individual capacity   ☒ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. X

Name — *DR. BASSA*

Job or Title *(if known)* — *MEDICAL DIRECTOR of OUT PATIENT SERVICES*

Shield Number

Employer — *CENTURION MEDICAL, LLC.*

Address — *RECEIVING AND MEDICAL CENTER P.O. BOX 628*
*LAKE BUTLER        FL.*

| City | State | Zip Code |

☒ Individual capacity     ☒ Official capacity

Defendant No. X

Name — *DR. F. CRUZ*

Job or Title *(if known)* — *MEDICAL DIRECTOR*

Shield Number

Employer — *CENTURION MEDICAL, LLC.*

Address — *SUWANNEE C.I. ANNEX 5964 U.S. HWY 90*
*LIVE OAK        FL.        32060*

| City | State | Zip Code |

☒ Individual capacity     ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.     Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*1. A.D.A. Title I & II Resulting in loss of Mobility, discrimination.*
*2. 8th Amend. U.S.C. - Cruel And Unusual Pain & Suffering-Deliberate indifference*
*3. 14th Amend U.S.C. Discrimination Leading To Additional Lifelong injury.*
*4. Rehabilitation Act - Sec.504 - 29 U.S.C. 5794.*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

SEE ATTACHMENT ONE.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

SEE ATTACHMENT ONE-IV-B

C.   What date and approximate time did the events giving rise to your claim(s) occur?

 *TO PRESENT*

*AuguST 31, 2018*

D.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

*SEE ATTATCHMENT ONE – IIE B*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*SEE ATTATCHMENT ONE – V*

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

*SEE ATTATCHMENT ONE – VI*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.   Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

FLorida DEPT. of Corrections, SUWANNEE, C.I. ANNEX And Receiving And MEdical CENTER, LAKE BUTLER, FL.

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of THE Above cLAiMS,

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? *ORIGINALLY R.M.C., LAKE BUTLER, FL. AND ALL OTHER INSTITUTIONS LISTED.*

2. What did you claim in your grievance?
*DENIAL of MEDICAL CARE*

3. What was the result, if any?
*COMPLETE DENIAL of MEDICAL CARE*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
*Followed ALL Administrative Procedures And filed All grievance Procedures To THE highest Review Level of Florida DEPT. of Corrections Tallahassee, FL.*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

_____

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative *before* remedies. *Grievance Brought forth MULTIPLE TIMES AT INSTITUTION LEVELS before Proceeding To ADMINISTRATIVE LEVEL—Tallahassee-SECRETARY, DEPT. OF Corrections.*

_____*SEE ATTATCHED grievance DOCUMENTS.*_____

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes   *Plaintiff has filed ANOTHER LAWSUIT CONCERNING SAME INJURIES, with differing facts And RESPONDENTS.*

☐ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    *LARKIN DERKS*

Defendant(s)    *CENTURION MEDICAL, A. OAKS, DR. GUZMAN-Rodriguez DR. JASON BRENES-CATINCHI*

2.    Court *(if federal court, name the district; if state court, name the county and State)*

*UNITED STATES DISTRICT COURT-Middle DISTRICT of Florida, orlando div.*

3.    Docket or index number

*6: 18-CV-000451-PGB-EJK*

4.    Name of Judge assigned to your case

*MAGISTRATE Judges  P. G. Byron And E.J. Kidd*

5.    Approximate date of filing lawsuit

*MARCH 27, 2018*

6.    Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.    _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D.     If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s)      *LARKIN DERKS*

    Defendant(s)      *MEDICAL ET. AL,*

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    *U.S. DISTRICT COURT - NORTHERN DISTRICT of FLORIDA - PANAMA CITY DIVISION*

3.  Docket or index number

    *5:15-CV-51-MW-GRT*

4.  Name of Judge assigned to your case

    *BLACKWELL*

5.  Approximate date of filing lawsuit

    *MARCH, 2014.*

6.  Is the case still pending?

    ☐ Yes

    ☒ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    *SETTLED OUT of COURT.*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff *Larkin Derks*
Printed Name of Plaintiff LARKIN DERKS
Prison Identification # # 849975
Prison Address SUWANNEE CORRECTIONAL INSTITUTE ANNEX, 5964 US Hwy 90,

Live Oak _____ FL, 32060
City State Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
City State Zip Code
Telephone Number _____
E-mail Address _____