LARKIN DERKS -849475
SUWANNEE C.I. ANNEX
5964 U.S. Hwy 90
Live Oak, FL. 32060

Mailed From State Correctional Institution Suwanee C.I.

U.S. POSTAGE » PITNEY BOWES
ZIP 32060   $ 008.25
02 4W
0000347568 JUL 21 2020

United States District Court
300 N. Hogan St. Suite 9-150
Jacksonville, FL. 32~~202~~